IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC ARNOLD BLOUNT | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv396 |
| STATE OF TEXAS | § | |

## MEMORANDUM OPINION

Plaintiff Eric Arnold Blount filed this lawsuit against the State of Texas. Plaintiff complains he was wrongfully convicted of a criminal offense and seeks monetary damages.[1]

## Discussion

The Eleventh Amendment to the Constitution provides that "[t]he judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State...." The Eleventh Amendment has been construed to prohibit a citizen of a state from bringing an action in federal court against his own state. *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 98-99 (1984); *Williams v. Dallas Area Rapid Transit*, 242 F.3d 315, 319 (5th Cir. 2001).

Plaintiff is seeking money damages from the State of Texas. The Eleventh Amendment bars him from pursuing such a claim in

---

[1] This case was directly assigned to the undersigned magistrate judge pursuant to this district's General Order 14-10. Plaintiff has provided voluntary written consent to have the assigned magistrate judge conduct all further proceedings in this case, including entry of final judgment, in accordance with 28 U.S.C. § 636. The defendant in this action has not been served with process and, as a result, has not appeared. As a result, its consent is not needed for the undersigned to make a final determination in this matter. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).

federal court.  As a result, this lawsuit will be dismissed.  An appropriate final judgment shall be entered.

**SIGNED** this   6   day of        May        , 2015.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE